IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR101 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER |
| SOLOMON L. COFFEY, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to seal (Filing No. 143) and to extend the time for filing a brief (Filing No. 144). The motions are filed with respect to the Defendant's motion for new trial (Filing No. 142).

Defense counsel is referred to the procedures outlined in NECrimR 12.4 with respect to requesting leave to filed a sealed document. Because the document in question has not been submitted pursuant to those procedures, the motion will be denied without prejudice. The Court will allow the Defendant until December 22, 2006, to properly file a motion to seal.

IT IS ORDERED:

1. The motion to seal (Filing No. 143) is denied without prejudice, and the Defendant is allowed until December 26, 2006, to comply with NECrimR 12.4;

2. The motion to extend the time for filing a brief in support of the motion for new trial (Filing No. 144) is granted, and the Defendant's brief shall be filed on or before December 14, 2006; and

3. The government's response deadline is January 9, 2007.

DATED this 12th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge