**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR101** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| **vs.** | ) | **AND ORDER** |
| | ) | |
| **SOLOMON L. COFFEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis on appeal (Filing No. 169) and the notice of appeal (Filing No. 170) from the denial of the Defendant's motion for new trial based on his claim of newly discovered evidence.  The Defendant was previously represented in this Court by appointed counsel.

IT IS ORDERED:

1.      The Defendant's motion for leave to proceed in forma pauperis on appeal (Filing No. 169) is granted; and

2.      The Defendant is granted leave to proceed in forma pauperis on appeal.

DATED this 4th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge