IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:03CR101** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| **SOLOMON L. COFFEY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion.

The Defendant, Solomon L. Coffey, filed a motion to vacate, etc., under 28 U.S.C. § 2255.  (Filing No. 165.)[1] After initial review, the Court ordered the government to answer one claim and set a briefing schedule.  The remaining claims were summarily dismissed.  (Filing No. 168.)  The Defendant then filed a notice of appeal of the denial of his motion for new trial.  (Filing No. 170.)  The Eighth Circuit set a briefing schedule in the matter on appeal.  (Filing No. 181.)  Therefore, in light of the pending appeal this Court is without jurisdiction to further consider the § 2255 motion.  The § 2255 motion will be stayed pending the disposition of the simultaneously filed appeal.

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 165) is stayed pending disposition of the appeal;

2. The briefing schedule (Filing No. 168) is suspended until further order of the Court;

---

[1]This Amended Order references Filing No. 165 rather than Filing No. 160, which was denied as moot.

      3.      The Defendant's motion for an extension of time to file a brief (Filing No. 179) is denied as moot; and

      4.      The Clerk is directed to mail a copy of this memorandum and order to the Defendant at his last known address.

DATED this 11th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge