IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:03CR101 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **SOLOMON L. COFFEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum and order,

IT IS ORDERED:

1. The Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Filing No. 165) is denied; and

2. The Clerk is directed to mail a copy of this judgment to the Defendant at his last known address.

DATED this 1st day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge