IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR101 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SOLOMON L. COFFEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for an extension of time to file a motion for reconsideration of the Court's previous order denying his motion for "clarification" (Filing No. 234.)

Mr. Coffey's case is concluded. There are no pending matters before this Court.

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file a motion for reconsideration (Filing No. 234) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 29th day of March, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge