**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:03CR101** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **SOLOMON L. COFFEY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's notice of appeal (Filing No. 236) and the Clerk's memorandum regarding in forma pauperis status (Filing No. 237).

The Eighth Circuit Court of Appeals denied the Defendant's certificate of appealability, and the United States Supreme Court denied his petition for certiorari. The Defendant now appeals from this Court's orders (1) denying his motion for clarification of a note sent to him with respect to his correspondence (Filing No. 232) and (2) denying him an extension of time to file a motion for reconsideration of his sentence (Filing No. 235). These matters are "frivolous" within the meaning of 28 U.S.C. § 1915(e)(2)(B)(i), and therefore the Defendant is denied leave to proceed in forma pauperis on appeal.

IT IS ORDERED:

1. The Defendant is denied leave to proceed in forma pauperis on appeal; and

2. The Court is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 11th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge