AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Solomon L. Coffey | ) | Case No: 8:03CR101 |
| | ) | USM No: 04721-112 |
| Date of Original Judgment: 05/03/2004 | ) | |
| Date of Previous Amended Judgment: 04/01/2009 | ) | Richard H. McWilliams |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  168 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/03/2004  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06/29/2015

*Judge's signature*

Effective Date:  11/02/2015             Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)*                 *Printed name and title*

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Solomon L. Coffey
CASE NUMBER: 8:03CR101
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 34 | Amended Total Offense Level: 32 | |
| Criminal History Category: IV | Criminal History Category: IV | |
| Previous Guideline Range: 210 to 262 months | Amended Guideline Range: 168 to 210 months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

The Defendant's pro se Motion to Reduce Sentence  - USSC Amendment (Filing No. 252) is granted, the Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 258) is granted, the parties' Amended Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 260) is approved, and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 259) is denied as moot.

The Court notes that on 11/28/2011, the Defendant received a Second Reduction in his sentence pursuant to 18 U.S.C § 3582(c)(2) and to 28 U.S.C. § 994(u).